IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDGEBROOK BUSINESS, INC. and )<br>SPRING ENTERPRISES, LP, )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE No.  4:20-CV-00020 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ERIC GARCIA ("Plaintiff") and Defendants, EDGEBROOK BUSINESS, INC. and SPRING ENTERPRISES, LP ("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, EDGEBROOK BUSINESS, INC. and SPRING ENTERPRISES, LP, and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 18th day of August, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

*/s/ Manfred Sternberg*
Manfred Sternberg
State Bar No. 19175775
1700 Post Oak Blvd., Suite 600
Houston, TX 77056
Tel: (713) 622-4300
Email: manfred@msternberg.com
Attorney for Defendant
 Spring Enterprises, LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479