United States District Court
Southern District of Texas
**ENTERED**
August 20, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDGEBROOK BUSINESS, INC. and )<br>SPRING ENTERPRISES, LP, )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE No. 4:20-CV-00020 |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed August 18, 2020 (D.E. 19), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on August 19, 2020.

Andrew S. Hanen
United States District Judge

cc: Counsel of Record